HELANE L. MORRISON (State Bar No. 127752)
JAMES A. HOWELL (State Bar No. 92721)
JUDITH L. ANDERSON (State Bar No. 124281)
MICHAEL S. DICKE (State Bar No. 158187)
ROBERT LEACH (State Bar No. 196191)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26TH Floor
San Francisco, California 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 04-1259 MJJ |
| Plaintiff, | STIPULATION FOR ADDITIONAL TIME TO ANSWER OR RESPOND TO COMPLAINT |
| vs. | Granted |
| RICHARD H. HAWKINS, | |
| Defendant. | |

Proceedings in this action were stayed pursuant to a stipulation of the parties and order of the Court. Under the terms of the order, the stay expired July 11, 2005.

Pursuant to Local Rule 6-1(a), plaintiff Securities and Exchange Commission and defendant Richard H. Hawkins, through their respective counsel, stipulate and agree that Mr. Hawkins shall have until September 9, 2005 to answer or otherwise respond to the complaint in this action.

Dated: August 5, 2005

James A. Howell
Attorney for Plaintiff
Securities and Exchange Commission

Dated: August 5, 2005

ORRICK, HERRINGTON & SUTCLIFFE LLP

William Alderman
Attorney for Defendant
Richard H. Hawkins

STIPULATION RE ANSWER
Civ. No. 04-1259 MJJ

8/10/2005

Judge Martin J. Jenkins