```
 1  HELANE L. MORRISON (State Bar No. 127752)
 2  JAMES A. HOWELL (State Bar No. 92721)
    JUDITH L. ANDERSON (State Bar No. 124281)
 3  MICHAEL S. DICKE (State Bar No. 158187)
    ROBERT LEACH (State Bar No. 196191)
 4
    Attorneys for Plaintiff
 5  SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, Suite 2600
 6  San Francisco, California 94104
    Telephone: (415) 705-2500
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11
12  SECURITIES AND EXCHANGE COMMISSION,   Civil Action No. 04-1259 MJJ
13           Plaintiff,
                                          NOTICE OF VOLUNTARY DISMISSAL
14       vs.
                                          Granted
15  RICHARD H. HAWKINS,
16           Defendant.
17
18       Plaintiff Securities and Exchange Commission voluntarily dismisses this action
19  without prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.
20
21  Dated: August 31, 2005           Respectfully submitted,
22
23                                   /s/ James A. Howell_____
                                     James A. Howell
24                                   Attorney for Plaintiff
                                     SECURITIES AND EXCHANGE COMMISSION
25
26  9/6/2005
27
28
```

IT IS SO ORDERED
Judge Martin J. Jenkins

NOTICE OF VOLUNTARY DISMISSAL
Civ. No. 04-1259 MJJ